No. 96. ESKRIDGE *v.* SCHNECKLOTH, SUPERINTEND-ENT, WASHINGTON STATE PENITENTIARY. Certiorari, 353 U. S. 922, to the Supreme Court of Washington. The joint motion to substitute Washington State Board of Prison Terms and Paroles as the party respondent in the place and stead of Merle E. Schneckloth, Superintendent of the Washington State Penitentiary, is granted. *Robert W. Graham,* acting under appointment by the Court, 354 U. S. 936, for petitioner. *John J. O'Connell,* Attorney General of Washington, and *Michael R. Alfieri,* Assistant Attorney General, for respondent.

No. 561. CARITATIVO *v.* CALIFORNIA ET AL. Certiorari, 355 U. S. 853, to the Supreme Court of California. The motion to substitute Fred R. Dickson, Acting Warden of the California State Prison at San Quentin as a party respondent in the place and stead of Harley O. Teets, deceased, is granted. *George T. Davis* for movant-petitioner.

No. 385. VALLEY UNITARIAN-UNIVERSALIST CHURCH, INC., *v.* COUNTY OF LOS ANGELES ET AL. Certiorari, 355 U. S. 854, to the Supreme Court of California. The motion for leave to file brief of Philadelphia Yearly Meeting of the Religious Society of Friends, and American Friends Service Committee, Inc., as *amici curiae,* is granted. THE CHIEF JUSTICE took no part in the consideration or decision of this motion. *Harold Evans* and *Allen S. Olmsted, 2d,* for the Philadelphia Yearly Meeting of the Religious Society of Friends, and *Claude C. Smith* for the American Friends Service Committee, Inc., movants. *Harold W. Kennedy* for respondents in opposition to the motion.